UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL CASE NO.   1:14-CV-21854-DMM

TELEFONAKTIEBOLAGET LM
ERICSSON and ERICSSON INC.,

       Plaintiffs,

v.

WI-LAN USA, INC., WI-LAN INC., and
NETWORK MANAGEMENT SOLUTIONS,
LLC,

       Defendants.

JURY TRIAL DEMANDED

**DEFENDANTS Wi-LAN USA, INC., Wi-LAN, INC. AND
NETWORK MANAGEMENT SOLUTIONS LLC'S UNOPPOSED
MOTION TO EXTEND TIME TO ANSWER**

Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Defendants, Wi-LAN USA, Inc., Wi-LAN Inc. and Network Management Solutions, LLC (collectively, "Defendants"), hereby move the court to extend until Monday, July 21, 2014, the time within which is required to respond, to Plaintiffs Telefonaktiebolaget LM Ericsson, and Ericsson Inc.'s, ("Ericsson") Amended Complaint and in support thereof states:

Ericsson filed its First Amended Complaint on May 20, 2014.  Undersigned counsel and counsel for the Plaintiffs have conferred regarding the deadline for Defendants to respond to the First Amended Complaint. Ericsson does not oppose Defendants Motion to Extend Time to Answer.

Defendants respectfully state that good cause exists to extend Defendants' time to respond because Defendants have been diligent in this action and request this extension to investigate allegations under various theories in Ericsson's First Amended Complaint. This requested extension will not affect any other Court Ordered due dates in this case. Defendants state that this motion is not made for dilatory or other improper purposes.

WHEREFORE, Defendants respectfully request the entry of an Order extending until Monday, July 21, 2014, the time by which Defendants are required to answer, move, or otherwise respond to the Complaint.

## CERTIFICATE OF COUNSEL

I hereby certify that prior to filing this Motion, counsel for Defendants conferred with counsel for Plaintiffs in a good faith attempt to resolve this motion by agreement, and Ericsson does not oppose extending Defendants' time to answer.

Dated:  June 23, 2014

Respectfully submitted,

By: /s/ *Curtis Carlson*
CURTIS CARLSON, ESQUIRE
Email: carlson@carlson-law.net
RONALD J. LEWITTES, ESQUIRE
Email: lewittes@carlson-law.net
Carlson & Lewittes, P.A.
Suntrust International Center, Ste 1200
One S.E. Third Avenue
Miami, FL  33131
Telephone:  305.372.9700
Fax:    305.372.8265

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was served by Notices of Electronic Filing generated by CM/ECF on June 23, 2014 on all counsel or parties of record on the Service List below.

George E. Schulz, Jr.
Email: buddy.schulz@hklaw.com
HOLLAND & KNIGHT LLP
50 North Laura Street, Suite 3900
Jacksonville, FL 32202
Tel: (904) 353-2000
Fax: (904) 358-1872

Joshua C. Krumholz, Esq., *Admitted pro hac vice*
Email: Joshua.krumholz@hklaw.com
Jacob K. Baron, Esq., *Admitted pro hac vice*
Email: Jacob.baron@hklaw.com
Jacob W.S. Schneider, Esq., *Admitted pro hac vice*
Email: Jacob.schneider@hklaw.com
Zachary A. Weinman, Esq., *Admitted pro hac vice*
Email: zachary.weinman@hklaw.com
HOLLAND & KNIGHT LLP
10 Saint James Avenue, 11th Floor
Boston, MA 02116
Tel: (617) 523-2700
Fax: (617) 523-6850

*Attorneys for Telefonaktiebolaget LM Ericsson and Ericsson Inc.*

      By: /s/ *Curtis Carlson*