UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-21854-CIV-MIDDLEBROOKS

TELEFONAKTIEBOLAGET LM
ERICSSON and ERICSSON INC.,

    Plaintiffs,

vs.

WI-LAN USA, INC., WI-LAN INC., and
NETWORK MANAGEMENT
SOLUTIONS, LLC,

    *Defendants*.
_____/

## PRETRIAL SCHEDULING ORDER

Pursuant to Local Rule 16.1, and the Court having considered the Parties' agreed pretrial deadlines submitted in their Joint Scheduling Conference Report (DE 38-1) and holding a Scheduling Conference with the Parties on August 6, 2014, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Trial Date and Calendar Call**. This case is set for jury trial during the Court's two-week trial period commencing **May 4, 2015**, before the undersigned United States District Judge. A Calendar Call shall be held on **April 29, 2015, at 1:15 p.m.**

2. The following are the pretrial deadlines as agreed by the Parties, with certain modifications by the Court:

    **August 15, 2014**    Exchange of Rule 26(a) disclosures;

    **September 5, 2014**    Deadline to add parties / amend pleadings; Parties exchange claim terms for construction; Preliminary infringement contentions must be served;

    **September 19, 2014**    Preliminary claim constructions under *Markman*, proposed definitions for proposed claim terms, extrinsic evidence, and preliminary invalidity contentions must be served;

1

| | |
|---|---|
| **October 3, 2014** | Parties shall file a Joint Statement, **no longer than ten pages**, summarizing why each of the identified terms justifies claim construction and why each term is essential to this case;[1] |
| **October 10, 2014** | Wi-LAN files Initial *Markman* brief; Parties shall jointly prepare two indexed, bound, and tabbed paper copies of the prosecution history file wrappers of the patent(s) at issue in reverse chronological order (*i.e.*, the oldest document appears first), and deliver them to the Court; |
| **October 24, 2014** | Ericsson to file Response Brief to Wi-LAN's initial *Markman* brief; |
| **October 31, 2014** | Wi-LAN to file Reply Brief; |
| **December 4, 2014** | *Markman* hearing; |
| **December 5, 2014** | Close of Fact Discovery; |
| **January 9, 2014** | Initial Expert Reports (for matters in which each Party bears the burden of proof); |
| **January 30, 2015** | Rebuttal Expert Reports (responding to matters in which the other side bears the burden of proof); |
| **February 13, 2015** | Close of Expert Discovery; |
| **February 20, 2015** | All pretrial dispositive motions must be filed, except motions *in limine* and and *Daubert* motions. Counsel shall submit courtesy copies of all briefs and exhibits in three-ring binders to my Chambers; |
| **March 13, 2015** | (a) Joint pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit. The witness and exhibit lists shall contain information required by Fed. R. Civ. P. 26(a); |
| | (b) Motions *in Limine* and *Daubert* motions and Responses must be filed. **Before any motions are filed, the parties shall consult with each other to see if the issues can be resolved without** |

---

[1] Amended infringement contentions shall be served within two weeks of the Court's Claim Construction Order. Amended invalidity contentions shall be served within four weeks of the Court's Claim Construction Order.

2

>           **Court involvement.** The motions shall be limited to one (1) page per evidentiary issue, and shall identify the evidence sought to be precluded and the legal authority supporting exclusion. The responses shall also be limited to one (1) page, and shall provide a statement of the purpose for which the challenged evidence would be offered and the legal authority supporting the admissibility of such evidence;
>
> **March 27, 2015**   Rebuttal/counter deposition designations and objections to deposition designations must be filed;
>
> **April 15, 2015**   (a) <u>Joint</u> proposed jury instructions and verdict form must be filed outlining (1) the legal elements of Plaintiff's claims, including damages, and (2) the legal elements of the defenses raised, consistent with and citing to the Eleventh Circuit Pattern Jury Instructions, where applicable; and
>
>           (b) Proposed findings of fact and conclusions of law must be filed by each Party, where applicable;

3.   The Parties may stipulate to different pretrial deadlines as they see fit, *without judicial intervention*, with the exception of the pretrial dispositive motions deadline (February 20, 2015) and any deadline arriving thereafter. Said differently, all dates and deadlines scheduled after February 20, 2015, shall remain in effect absent an Order from this Court stating otherwise.

4.   **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling my Chambers.

5.   **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of <u>all</u> counsel to enforce the case management timetable to insure an expeditious resolution of this cause.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 6 day of August, 2014.

                                                                DONALD M. MIDDLEBROOKS
                                                                UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record