## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO: 14-21854-CV-MIDDLEBROOKS

TELEFONAKTIEBOLAGET LM
ERICSSON and ERICSSON INC.,

      Plaintiffs and Counterclaim Defendants,

v.

WI-LAN USA, INC., WI-LAN INC., and
NETWORK MANAGEMENT
SOLUTIONS, LLC,

      Defendants and Counterclaim Plaintiffs.

_____/

WI-LAN USA, INC., WI-LAN INC., and
NETWORK MANAGEMENT
SOLUTIONS, LLC,

      Counterclaim Plaintiffs,

v.

VERIZON COMMUNICATIONS, INC.,
CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, AT&T INC., AT&T MOBILITY
LLC, SPRINT CORPORATION, SPRINT
SPECTRUM L.P., and T-MOBILE USA, INC.

      Counterclaim Defendants.

_____/

### FINAL JUDGMENT

For the reasons set forth in the Court's Order on the Parties' Motions for Summary

Judgment, it is hereby

      **ORDERED AND ADJUDGED** as follows:

1.  The Clerk of Court shall enter **FINAL JUDGMENT** in favor of Defendants Wi-LAN

    USA, INC., WI-LAN INC., and NETWORK MANAGEMENT SOLUTIONS and

against Plaintiffs TELEFONAKTIEBOLAGET LM ERICSSON and ERICSSON INC. as to Counts II and III of the Second Amended Complaint;

2. Counts I and IV of the Second Amended Complaint are **DISMISSED WITHOUT PREJUDICE**;

3. Defendants Wi-LAN USA, INC., WI-LAN INC., and NETWORK MANAGEMENT SOLUTIONS' Counterclaim is **DISMISSED WITHOUT PREJUDICE**; and

4. The Clerk of Court shall **CLOSE** this case and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this _14_ day of August, 2015.

 

 

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:  Counsel of Record

2